No. 97–7790.  PADILLA-PENA *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.  Reported below: 129 F. 3d 457.

No. 97–8025.  CANAAN *v.* INDIANA.  Sup. Ct. Ind.  Certiorari denied.

No. 97–8096.  CLOUTIER *v.* ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 97–8142.  CALL *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 97–8453.  OWENS *v.* ARIZONA ET AL.  Sup. Ct. Ariz.  Certiorari denied.

No. 97–8461.  ORLICK *v.* KATZ.  C. A. 7th Cir.  Certiorari denied.

No. 97–8464.  BITTAKER *v.* CALDERON, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 97–8465.  COOPER *v.* SCHRIRO, DIRECTOR, MISSOURI DEPARTMENT OF CORRECTIONS, ET AL.  Sup. Ct. Mo.  Certiorari denied.

No. 97–8466.  GRAVES *v.* CARR.  C. A. 10th Cir.  Certiorari denied.

No. 97–8468.  MCGREW *v.* WHITAKER ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 97–8473.  WASKO *v.* DUNCAN, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 97–8476.  SOBIN *v.* FAIRFAX COUNTY DEPARTMENT OF HUMAN DEVELOPMENT.  Sup. Ct. Va.  Certiorari denied.

No. 97–8479.  CANNON *v.* SAVAGE, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 97–8480.  BROWN *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  Sup. Ct. Fla.  Certiorari denied.

No. 97–8486.  WALTON *v.* BARTLETT, ACTING SUPERINTENDENT, OREGON STATE CORRECTIONAL INSTITUTION.  C. A. 9th Cir.  Certiorari denied.